## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**HEATHER LEE,**

    **Plaintiff,**

**v.**                                   **Civil Action No.**

**ALLY FINANCIAL, INC.,**

    **Defendant.**

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to 28 U.S.C. §§ 1331 and 1441, Defendant Ally Financial Inc. ("Ally"), through counsel, hereby removes the above-captioned action from the Circuit Court of Shelby County, Alabama, to the United States District Court for the Northern District of Alabama. Removal is proper because this Court has federal question jurisdiction pursuant to 28 U.S.C. 1331. In support thereof, Ally states as follows:

### I. BACKGROUND

1. On December 20, 2024, Plaintiff Heather Lee (Plaintiff") filed a Complaint (the "Complaint") against Ally Financial Inc. ("Ally") in the Circuit Court of Shelby County, Alabama, Case No. 58-CV-2024-901358.00 (the "State Court Action").

2. Ally was served with the Complaint on January 6, 2025. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint and all letters, exhibits, process, pleadings, and orders served upon Ally in the State Court Action are collectively attached as **Exhibit A**.

1

3. This Notice of Removal is filed within thirty (30) days of service of the Complaint on Ally. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

4. This Notice of Removal is being filed within one (1) year of the date of commencement of the action for removal purposes.

5. In the Complaint, Plaintiff alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA").

6. Ally denies the allegations in the Complaint, denies that Plaintiff has stated a claim for which relief may be granted, and denies that Plaintiff has been damaged in any manner. Nevertheless, assuming for jurisdictional purposes only that Plaintiff's claims are valid, she could have originally filed her Complaint in this Court under federal question jurisdiction because resolution of Plaintiff's claims will require determination of significant disputed issues under federal law.

## II.   FEDERAL JURISDICTION

7. This Court has original jurisdiction over Plaintiff's TCPA claims pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

8. Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in relevant part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

9. Federal question jurisdiction exists over this action because the allegations Plaintiff asserts in the Summons and Complaint involve questions that will require resolution of significant,

disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the TCPA.

10. Pursuant to 28 U.S.C. § 1441(b), removal is proper irrespective of the citizenship or residences of the parties.

11. To the extent Plaintiff also asserts claims for negligence, reckless and wanton conduct, and invasion of privacy arising under the common law of the State of Alabama, these claims are so related to the Plaintiff's federal claims for alleged violations of the TCPA, which are within the original jurisdiction of this Court, that they form part of the same case or controversy. Accordingly, the Court has supplemental jurisdiction over these state law claims pursuant to 28 U.S.C. § 1441(c) and 28 U.S.C. § 1367(a).

### III. VENUE

12. Venue is proper in this Court because this district encompass the Circuit Court of Shelby County, Alabama, the forum from which the case has been removed. *See* 28 U.S.C. § 1441; 28 U.S.C. § 81.

### IV. OTHER PROCEDURAL REQUIREMENTS

13. Promptly after the filling of this Notice of Removal, Ally shall give written notice of the removal to Plaintiff through her attorney of record in the State Court Action and shall file a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of Shelby County, Alabama, as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal, without Exhibit 1, is attached hereto as **Exhibit B**.

14. Pursuant to Rule 5(d) of the Federal Rules of Civil Procedure, Ally will file with this Court a Certificate of Service of the Notice of Removal.

15.  Upon information and belief, the contents of **Exhibit A** and **Exhibit B** constitute the entire file of the action pending in the state court as required pursuant to 28 U.S.C. § 1446(a).

16.  Ally reserves the right to amend this Notice of Removal.

17.  If any questions arise as to the propriety of the removal of this action, Ally requests the opportunity to present a brief and argument in support of their position that this case is removable.

Respectfully submitted this 5th day of February 2025.


Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

By: *Roy Wallace Harrell, III*
Roy Wallace Harrell, III, Esq.
Alabama Bar No. 3211O61H
Primary Email: roy.harrell@troutman.com
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308-2216
Telephone: 404-885-3900

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February 2025, I electronically filed the foregoing *Notice of Removal* with the Clerk of the Court using the CM/ECF system, and I served a copy of the foregoing via Certified U.S. Mail prepaid on:

>W. Whitney Seals
>Cochran & Seals, LLC
>300 Richard Arrington Jr Blvd N
>Birmingham, AL 35203
>
>John C. Hubbard
>John C. Hubbard, LLC
>2015 First Avenue N
>Birmingham, AL 35203
>
>*Attorneys for Plaintiff*


>*/s/Roy Wallace Harrell, III, Esq.*
>Roy Wallace Harrell, III